**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 22-1849**

─────────

CLARENCE BURNETT JENKINS, JR.,

       Plaintiff - Appellant,

    v.

AMAZON.COM DEDC, LLC, Employer; AMERICAN ZURICH INSURANCE CO., Carrier,

       Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Senior District Judge.  (3:21-cv-03734-TLW)

─────────

Submitted:  December 15, 2022                    Decided:  December 19, 2022

─────────

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Clarence B. Jenkins, Jr., Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Burnett Jenkins, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Jenkins' civil complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Jenkins v. Amazon.com DEDC, LLC*, No. 3:21-cv-03734-TLW (D.S.C. July 15, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*